UNITED STATES of America,
Plaintiff–Appellee

v.

Arthur J. MUHAMMAD, also known as
Arthur James Jordan, Defendant–
Appellant.

No. 07–10387

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 14, 2008.

Angie Lee Henson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Arthur J. Muhammad appeals the sentences imposed by the district court on remand. Muhammad argues on appeal that his plea was involuntary and that the district court erred in calculating the amount of loss. Because Muhammad could have raised these issues in his first appeal but he failed to do so, he has waived it. *See United States v. Castillo,* 179 F.3d 321, 326 (5th Cir.1999), *rev'd on*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*other grounds,* 530 U.S. 120, 120 S.Ct. 2090, 147 L.Ed.2d 94 (2000).

The Government's motion for summary affirmance is GRANTED, and its alternative motion for an extension of time to file a brief is DENIED. The district court's judgment is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.